**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID EGGE, for himself and on behalf of others similarly situated,

Plaintiff,

Civil No. 00-934 ADM/AJB

v.

**PRETRIAL SCHEDULING ORDER**

HEALTHSPAN SERVICES COMPANY d/b/a Reliance Recoveries,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings save and except that upon any certification of this matter as a class action, the parties are directed to immediately contact the undersigned for the purpose of determining whether additional pretrial scheduling concerns should be addressed.

The parties have advised the Court that the defendants are in the process of preparing a summary judgment motion. The parties stipulated that this summary judgment motion shall be served on or before May 1, 2001. The Plaintiff's response shall be served on or before May 15, 2001. Any reply made by the defense and any cross-summary judgment papers, including affidavits, briefs, etc., shall be filed with the

Filed FEB 22 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Court on or before May 22, 2001.

The parties will endeavor to obtain a hearing date during the first part of June 2001, or soon thereafter as a hearing date can be secured from the Honorable Ann D. Montgomery.

The plaintiff's motion for certification of this matter as a class action shall be served 65 days following the date upon which the District Court issues its order on the aforementioned summary judgment motion. The defendant shall have 21 days in which to serve a reply to plaintiff's class certification motion.

Following the parties' receipt of the District Court's order on the class certification motion, the parties shall immediately contact the undersigned in reference to whether an additional pretrial scheduling order shall be issued. Any additional pretrial scheduling order will address but not be limited to the following issues:

1. Deadline for fact discovery.
2. Deadline for disclosure of the identity of expert witnesses and disclosure of expert reports.
3. Deadline for serving non-dispositive motions.
4. Deadline for bringing additional dispositive motions.
5. Trial readiness deadline.
6. Date of any Court assisted settlement conferences.

Until further order of the Court, the parties are limited to serve not more than 25 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)). Furthermore, the parties are limited to take no more than 5 factual depositions, excluding expert witness depositions.

Except for the motion of class certification, all motions seeking to amend the pleadings or add parties must be served on or before April 15, 2001.

Dated: 2/22/01

Arthur J. Boylan
United States Magistrate Judge