**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

DAVID EGGE, for himself and on behalf of others similarly situated,

Plaintiff,

v.

HEALTHSPAN SERVICES COMPANY d/b/a RELIANCE RECOVERIES,

Defendant.

Court File No. 00-934 ADM/AJB

**STIPULATION FOR DISMISSAL OF USURY CLAIM WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff, David Egge and Defendant Healthspan Services Company, d/b/a/ Reliance Recoveries that plaintiff's usury claims asserted under Minnesota Statute § 334.01 and the Fair Debt Collection Practices Act may be hereby dismissed with prejudice, on the merits, and without further cost to either party.

Dated: June 8, 2001

Susan K. Fitzke
James F. Roegge (#92678)
Susan K. Fitzke (#294032)
**MEAGHER & GEEP, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 347-9131

***Attorneys for Defendant***

Dated: June 11, 2001

Jordan Lewis (#203099)
**SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.**
400 East Wisconsin Avenue
Suite 333, Floor 3A
Milwaukee, WI 53202-4469
(414) 225-9646

***Attorneys for Plaintiff***

JUN 13 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

## ORDER FOR DISMISSAL

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That plaintiff's usury claims asserted under Minnesota Statute § 334.01 and the Fair Debt Collection Practices Act are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 13th day of June 2001.

**BY THE COURT:**

**Honorable Ann D. Montgomery**
United States District Court Judge

890225.1