**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

DAVID EGGE, ET AL.,

Civil No. 00-934 ADM/AJB

Plaintiffs,

v.

**ORDER**

HEALTHSPAN SERVICES COMPANY
d/b/a RELIANCE RECOVERIES,

Defendant.

---

This case came before the Court on Plaintiffs' motion to (1) compel discovery, (2) quash Defendant's certification motion, and (3) extend the period for class discovery. At the hearing on the matter, it was represented that Plaintiffs' motion was moot insofar as it related to compelling discovery and quashing Defendant's certification motion. In addition, Plaintiffs made several additional requests with respect to the timing of briefing the certification issue. Based on the file, affidavits, memoranda and arguments of counsel, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' motion is **granted as stated herein** [Docket No. 52];
2. Class discovery shall be completed on or before October 23, 2001 (4:30 p.m.);
3. On or before November 20, 2001 (4:30 p.m.), Plaintiffs shall serve and file a response to Defendant's motion to deny class certification;
4. If Plaintiffs choose to serve and file a separate motion to grant class certification, they shall do so, on or before November 20, 2001 (4:30 p.m.);
5. On or before December 4, 2001 (4:30 p.m.), Defendant shall serve and file a reply to Plaintiffs' response, and shall serve and file a response to Plaintiffs' motion to grant class certification;
6. On or before December 11, 2001 (4:30 p.m.), Plaintiffs shall serve and file a reply to Defendant's response.

Dated: 9/24/01

Arthur J. Boylan
United States Magistrate Judge

FILED SEP 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D________
DEPUTY CLERK________

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500