# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David Egge, for himself and on behalf
on behalf of all others similarly situated

Case No. Civil 00-934 ADM/AJb

v.

**JUDGMENT IN A CIVIL CASE**

Healthspan Services Company
d/b/a Reliance Recoveries

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Reliance's motion for summary judgment is GRANTED.

DATE: October 28, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk