**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID EGGE, for himself and on behalf of others similarly situated,

Plaintiff,

v.

HEALTHSPAN SERVICES COMPANY d/b/a RELIANCE RECOVERIES,

Defendant.

Court File No. 00-934 ADM/AJB

**STIPULATION AND ORDER DECERTIFYING CLASS ACTION**

**WHEREAS,** on October 28, 2002, the Court dismissed the above-entitled action in its entirety.

**WHEREAS,** in dismissing the action the Court noted that the named plaintiff, David Egge, was the only identified member of the certified class.

**WHEREAS,** the Court acknowledged that the class identification process was being held in abeyance until defendant's summary judgment motion was resolved.

**WHEREAS,** the Court found that summary judgment against David Egge was dispositive of this action in its entirety.

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiff David Egge and defendant Healthspan Services Company, d/b/a Reliance Recoveries through their respective counsel that the effect of the Court's October 28, 2002 Order dismissing this action was also to decertify the previously certified class action.

NOV 1 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 8, 2002

Susan K. Fitzke
James F. Roegge (#92678)
Susan K. Fitzke (#294032)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 347-9131

***Attorneys for Defendant***

Dated: November 12, 2002

Jordan Lewis (#203099)
**SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.**
400 East Wisconsin Avenue
Suite 333, Floor 3A
Milwaukee, WI 53202-4469
(414) 225-9646

***Attorneys for Plaintiff***

**ORDER**

Based upon the foregoing Stipulation entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That the effect of the Court's October 28, 2002 Order granting Defendant's Motion for Summary Judgment and dismissing this actions was also to decertify the previously certified class in this action.

Dated: November 14, 2002

BY THE COURT:

**Honorable Ann D. Montgomery**
United States District Court Judge

1003515.1